# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JACKSON, | 1:13cv00473 AWI DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR DOCUMENT MODIFICATION |
| v. | (Document 8) |
| H. MARTINEZ, et al., | |
| Defendants. | |

Plaintiff Maurice Jackson ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on March 22, 2013. The action was transferred to this Court on April 1, 2013, and given case number 1:13cv00473 AWI DLB. According to Plaintiff's complaint, the action was filed against H. Martinez, R. Luna and J. Ramirez.

On April 25, 2013, Plaintiff filed a document entitled, "Motion to File Document Modification." The exact nature of Plaintiff's motion is unclear, though it seems that Plaintiff believes that the names of the Defendants, as referred to by the Court, are incorrect.

The names of the Defendants appear on the docket based on how they are named in Plaintiff's complaint, and the Court will not make any changes to the complaint based on an unclear filing. In any event, it appears that the names on the docket match those in the complaint.

///
///
///
///
///

1

If Plaintiff wishes, he may file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a). Rule 15(a) permits a party to amend a pleading once as a matter of course at any time before a responsive pleading is served.

Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **May 3, 2013**                                /s/ *Dennis L. Beck*
                                                           UNITED STATES MAGISTRATE JUDGE