1
2
3
4

# UNITED STATES DISTRICT COURT

5

### EASTERN DISTRICT OF CALIFORNIA

6

7  MAURICE JACKSON,                          1:13cv00473 AWI DLB PC

8           Plaintiff,                       ORDER DENYING PLAINTIFF'S
                                             MOTIONS TO AMEND AS MOOT
9      v.
                                             (Documents 14 and 15)
10  H. MARTINEZ , et al.,

11          Defendants.

12

13          Plaintiff Maurice Jackson ("Plaintiff") is proceeding pro se and in forma pauperis in this civil

14  rights action filed on March 22, 2013.[1]  The action was transferred to this Court on April 1, 2013,

15  and given case number 1:13cv00473 AWI DLB.  According to Plaintiff's complaint, the action was

16  filed against H. Martinez, R. Luna, J. Ramirez, V. Dackermann and CDCR Medical Department.

17          On May 20, 2013, and May 24, 2013, Plaintiff filed Motions to File an Amended Complaint.

18  As the Court has explained previously to Plaintiff, he may file an amended complaint pursuant to

19  Federal Rule of Civil Procedure 15(a).  Rule 15(a) permits a party to amend a pleading once as a

20  matter of course at any time before a responsive pleading is served.  Accordingly, at this juncture,

21  Plaintiff may file an amended complaint without leave of Court.  To the extent that Plaintiff requests

22  that the Court change Defendant H. Martinez to J. M. Martinez, Plaintiff must file an amended

23  complaint if he misnamed a party.

24          His motions are therefore DENIED AS MOOT.

25

26  IT IS SO ORDERED.

27

28

---

[1] In his motions, Plaintiff indicates that he is represented by attorney Michael W. Bien.  If this is the case, Mr. Bien must file a Notice of Appearance in this action.

Dated:   **May 29, 2013**                          /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE