# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>H. MARTINEZ , et al.,<br><br>    Defendants. | 1:13cv00473 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING FILING FEE<br><br>(Document 17) |

    Plaintiff Maurice Jackson ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on March 22, 2013. The action was transferred to this Court on April 1, 2013, and given case number 1:13cv00473 AWI DLB. According to Plaintiff's complaint, the action was filed against H. Martinez, R. Luna, J. Ramirez, V. Dackermann and CDCR Medical Department.

    On July 5, 2013, Plaintiff filed a motion entitled, "Motion for Court to Forward Statutory Filing Fee to Inmate Trust Account." The exact nature of Plaintiff's motion is unclear, though he cites the April 5, 2013, order granting his application to proceed in forma pauperis and seems to disagree with the twenty percent periodic payment from his trust account.

    To the extent that Plaintiff challenges the periodic twenty percent payment, such payment is authorized by 28 U.S.C. § 1915(b)(1). Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

    Dated:   **November 15, 2013**        /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE