# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE JACKSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>H. MARTINEZ, et al.,<br><br>　　　　　Defendants. | ) 1:13cv00473 AWI DLB PC<br>)<br>)<br>) ORDER TO SHOW CAUSE WHY<br>) ACTION SHOULD NOT BE DISMISSED<br>)<br>) **TWENTY-ONE DAY DEADLINE**<br>)<br>)<br>) |

　　　Plaintiff Maurice Jackson ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on March 22, 2013. The action was transferred to this Court on April 1, 2013.

　　　On November 21, 2013, the Court screened Plaintiff's complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days. Over thirty (30) days have passed and Plaintiff has not filed an amended complaint or otherwise contacted the Court.

　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff SHALL file a response to this order within **twenty-one (21) days** of the date of service of this

1

order.  Plaintiff may also comply with this order by filing an amended complaint pursuant to the November 21, 2013, order.

**The failure to comply with this order, or the failure to show good cause, will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **January 3, 2014**                    /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE